UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

KAREN LUCKADO,

Plaintiff,

v.                                    Case No. 4:21-cv-00480-MW-MAF

EL SHADDAI MOTEL GROUP, LLC, a Florida
limited liability company; HERON HOUSE
APARTMENTS OF STEINHATCHEE, LLC, a
Florida limited liability company; PRETORIUS
FAMILY, LLC, a Florida limited liability
Company; SUSANNA CREAMER a/k/a SUSAN
PRICE, an individual; FLOYD E. CREAMER,
an individual, and MARCELO CUNHA,

Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Ashwin Trehan, Esquire of

Spire Law, LLC, as counsel of record for the Defendants, El Shaddai Motel Group,

LLC, Heron House Apartments of Steinhatchee, LLC, Pretorius Family, LLC,

Susanna Creamer, Floyd E. Creamer, and Marcelo Cunha.

Dated this 30th day of December 2021.

[REMAINDER OF PAGE LEFT INTENIONALLY BLANK]

1

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Ashwin R. Trehan*
    Ashwin R. Trehan, Esq.
    Florida Bar No. 42675
    ashwin@spirelaw firm.com
    sarah@spirelawfirm.com
    laura@spirelawfirm.com

Attorney for Defendants | El Shaddai Motel Group, LLC, Heron House Apartments of Steinhatchee, LLC, Pretorius Family, LLC, Susanna Creamer, Floyd E. Creamer, and Marcelo Cunha

## CERTIFICATE OF SERVICE

I hereby Certify that on this 30th day of December, 2021., the foregoing was electronically filed through the CM/ECD system, which will send a notice of electronic filing to Plaintiff's counsel, Peter Bober at BOBER & BOBER, P.A.; 2699 Stirling Road Suite A-304 Hollywood, FL 33312; peter@boberlaw.com.

*/s/ Ashwin R. Trehan*
Attorney

2