UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

KAREN LUCKADO,

Plaintiff,

v.                                              Case No. 4:21-cv-00480-MW-MAF

EL SHADDAI MOTEL GROUP, LLC, a Florida
limited liability company; HERON HOUSE
APARTMENTS OF STEINHATCHEE, LLC, a
Florida limited liability company; PRETORIUS
FAMILY, LLC, a Florida limited liability
Company; SUSANNA CREAMER a/k/a SUSAN
PRICE, an individual; FLOYD E. CREAMER,
an individual, and MARCELO CUNHA,

Defendants.
_____/

## **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, El Shaddai Motel Group, LLC, Heron House Apartments of Steinhatchee, LLC, Pretorius Family, LLC, Susanna Creamer, Floyd E. Creamer, and Marcelo Cunha ("Defendants"), by and through the undersigned counsel, respectfully move for an extension of time up to and including January 13, 2022, to respond to Plaintiff's Complaint, and state the following in support:

1.     Plaintiff filed the Complaint (Doc. 1) on December 1, 2022. Some of the Defendants were served on December 10, 2021, setting the response date for

December 30, 2021. Floyd E. Creamer and Pretorius Family, LLC have not yet been served.

    2.    Defendants' counsel has been recently retained.

    3.    Defendants' counsel reached out to Plaintiff's counsel and the parties agreed, pending the Court's approval, that all of the Defendants would respond to Complaint by January 13, 2022.

    4.    The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

## MEMORANDUM OF LAW

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendants' request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the extension. Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and will enable counsel to explore the possibility of early resolution.

WHEREFORE, Defendants respectfully request an extension of time to respond to Plaintiff's Complaint up to and including January 13, 2022.

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested. Dated this 30th day of December, 2021.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765


By: */s/ Ashwin R. Trehan*
   Ashwin R. Trehan, Esq.
   Florida Bar No. 42675
   ashwin@spirelaw_firm.com
   sarah@spirelawfirm.com
   laura@spirelawfirm.com

Attorney for Defendants | El Shaddai Motel Group, LLC, Heron House Apartments of Steinhatchee, LLC, Pretorius Family, LLC, Susanna Creamer, Floyd E. Creamer, and Marcelo Cunha

## CERTIFICATE OF SERVICE

I hereby Certify that on this 30th day of December, 2021., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Peter Bober at BOBER & BOBER, P.A.; 2699 Stirling Road Suite A-304 Hollywood, FL 33312; peter@boberlaw.com.

*/s/ Ashwin R. Trehan*
Attorney
