UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

KAREN LUCKADO,

Plaintiff,

v.                                              Case No. 4:21-cv-00480-MW-MAF

EL SHADDAI MOTEL GROUP, LLC, a Florida
limited liability company; HERON HOUSE
APARTMENTS OF STEINHATCHEE, LLC, a
Florida limited liability company; PRETORIUS
FAMILY, LLC, a Florida limited liability
Company; SUSANNA CREAMER a/k/a SUSAN
PRICE, an individual; FLOYD E. CREAMER,
an individual, and MARCELO CUNHA,

Defendants.
_____/

## JOINT DISCOVERY STATUS REPORT

Plaintiff, Karen Luckado, ("Plaintiff"), and Defendants, El Shaddai Motel Group, LLC, Heron House Apartments of Steinhatchee, LLC, Pretorius Family, LLC, Susanna Creamer, Floyd E. Creamer, and Marcelo Cunha ("Defendants"), (hereinafter collectively "the Parties"), by and through their respective undersigned counsel and pursuant to Federal Rules of Civil Procedure and the Court's Initial Scheduling Order [D.E. 7], hereby submit this Joint Discovery Status Report:

A. The following discovery has been propounded by the parties:

**Plaintiff:**

On January 19, 2022, Plaintiff propounded Interrogatories on all Defendants and Requests for Production on Defendants, El Shaddai Motel Group, LLC, Heron House Apartments of Steinhatchee, LLC, and Pretorius Family, LLC.

**Defendants:**

On January 26, 2022, Defendant Heron House Apartments of Steinhatchee, LLC, propounded Interrogatories and Requests for Production on the Plaintiff.

B. Status of Depositions:

1. No depositions have been taken at this time.

C. There are no expert disclosures; neither party anticipates using the services of an expert witness.

D. The parties have exchanged discovery responses and documents and are presently discussing discovery disputes on both sides in an effort to narrow the issues ;

E. The Parties do not request a discovery conference at this time; and

F. The parties expect that all discovery will be completed by the discovery deadline.

Respectfully submitted this 14th day of March, 2022.

| | |
|---|---|
| */s/ Peter Bober*<br>**PETER BOBER, ESQ.**<br>Florida Bar No.: 0122955<br>Bober & Bober, P.A.<br>2699 Stirling Road<br>Suite A-304<br>Hollywood, FL 33312<br>Phone: (954) 922-2298<br>Fax: (954) 922-5455<br>peter@boberlaw.com<br>***Attorneys for Plaintiff*** | */s/ Ashwin R. Trehan*<br>**ASHWIN R. TREHAN, ESQ.**<br>Florida Bar No.: 42675<br>Spire Law, LLC<br>2572 W. State Road 426<br>Suite 2088<br>Oviedo, FL 32765<br>E-mail: ashwin@spirelawfirm.com<br>sarah@spirelawfirm.com<br>laura@spirelawfirm.com<br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Peter Bober, at BOBER & BOBER, P.A.; 2699 Stirling Road Suite A-304 Hollywood, FL 33312; peter@boberlaw.com.

*/s/ Ashwin R. Trehan*
Attorney