# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KAREN LUCKADO,**

    *Plaintiff*,

v.                        Case No.:  **4:21cv480-MW/MAF**

**EL SHADDAI MOTEL**
**GROUP, LLC, et al.**

    *Defendants*.

_____/

## ORDER GRANTING MOTION FOR EXTENSION

    This Court has considered, without hearing, Defendants' unopposed motion for extension to respond to Plaintiff's second motion to compel. ECF No. 27. The motion is **GRANTED**. Defendants shall respond to the motion to compel **on or before Monday, May 16, 2022**.

    **SO ORDERED on May 9, 2022.**

                                          *s/Mark E. Walker*
                                          **Chief United States District Judge**